UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW WHITFIELD,<br><br>          Plaintiff,<br><br>v.<br><br>US ECOLOGY, INC., RICHARD BURKE,<br>E. RENAE CONLEY, KATINA DORTON,<br>GLENN A. EISENBERG, JEFFREY R.<br>FEELER, DANIEL FOX, MACK L.<br>HOGANS, RONALD C. KEATING, JOHN<br>T. SAHLBERG, and MELANIE STEINER,<br><br>          Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:22-cv-01515-NNG-CLP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 18, 2022

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Gina M. Serra
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
gms@rl-legal.com

*Attorneys for Plaintiff*

**So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 4/18/22